# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
FEB 28 P 1:55
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

SI

UNITED STATES OF AMERICA,

V. CR17 - 104

ANDRE MITCHELL BROWN, and
JAVIER RAYMOND JENKINS
,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery;
18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery;
18 U.S.C. § 924(c)(1)(A), (c)(1)(C) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 924(d); 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853;
28 U.S.C. § 2146(c) – Forfeiture Allegation

A true bill.

Foreman

Filed in open court this 28th day of

~~Feb, 2016~~ 2017

Clerk

Bail, $ no bail arrest warrants for both defendants

Laurel Beeler
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery; 18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery; 18 U.S.C. § 924(c)(1)(A), (c)(1)(C) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED FEB 28 2017 1:55 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NO. DIST. OF CA.

DEFENDANT - U.S

ANDRE MITCHELL GROWING

DISTRICT COURT NUMBER CR17 104 SI

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☒ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

San Francisco Superior Court

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Helen Gilbert

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

San Francisco County Jail

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year: August 12, 2016

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

PENALTY SHEET

United States v. Andre Mitchell Brown

CR17

Count 1: 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery

*Class D Felony*
Maximum Prison Term: 5 years
Maximum Fine of $250,000
Maximum Supervised Release: 3 years
Mandatory Special Assessment: $100

Count 2: 18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery

*Class B Felony*
Maximum Prison Term: 25 years
Maximum Fine of $250,000
Maximum Supervised Release: 5 years
Mandatory Special Assessment: $100

Count 3: 18 U.S.C. § 924(c)(1)(A), (c)(1)(C) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence

*Class B Felony*
Maximum Prison Term: Life
**Mandatory Minimum Prison Term: 25 years**
Maximum Fine: $250,000
Maximum Supervised Release: 5 years
Mandatory Special Assessment: $100

Count 4: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

*Class C Felony*
Maximum Prison Term: 10 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Mandatory Special Assessment: $100

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2017 FEB 28 P 2:... CLERK, U.S. DISTRICT COURT N. DIST. OF CA. SS

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery;

18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet

## DEFENDANT - U.S

JAVIER RAYMOND JENKINS SI

DISTRICT COURT NUMBER
CR17 104

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

☒ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Helen Gilbert

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST: Month/Day/Year August 12, 2016

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

FILED
2017 FEB 28 P 1:55
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.
SI

PENALTY SHEET

United States v. Javier Raymond Jenkins

CR17 104

Count 1: 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery

*Class D Felony*
Maximum Prison Term: 5 years
Maximum Fine of $250,000
Maximum Supervised Release: 3 years
Mandatory Special Assessment: $100

Count 2: 18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery

*Class B Felony*
Maximum Prison Term: 25 years
Maximum Fine of $250,000
Maximum Supervised Release: 5 years
Mandatory Special Assessment: $100

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
2017 FEB 28 P 1:55
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.
SI

CR17 104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MITCHELL BROWN, and JAVIER RAYMOND JENKINS,<br><br>Defendants. | Case No.<br><br>VIOLATIONS:<br>18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery;<br>18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery and Aiding and Abetting Attempted Armed Bank Robbery;<br>18 U.S.C. § 924(c)(1)(A), (c)(1)(C) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence;<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. § 924(d); 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853; 28 U.S.C. § 2146(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery)

Beginning at a time unknown to the Grand Jury, but no later than on or about August 5, 2016, in the Northern District of California, the defendants,

ANDRE MITCHELL BROWN, and
JAVIER RAYMOND JENKINS,

did unlawfully and knowingly combine, conspire, and agree together and with each other to commit an offense against the United States, specifically, bank robbery, in violation of Title 18 United States Code, Sections 2113(a).

Overt Acts

In furtherance of the conspiracy and to effect the illegal object therefore, the following overt acts, among others, were committed in the Northern District of California and elsewhere:

(a)   On or about August 5, 2016, the defendant ANDRE MITCHELL BROWN, traveled to and surveilled the Technology Credit Union located at 1449 Mission Street in San Francisco, California.

(b)   On or about August 11, 2016, the defendants ANDRE MITCHELL BROWN and JAVIER RAYMOND JENKINS traveled to and surveilled the Patelco Credit Union located at 124 2nd Street in San Francisco, California.

(c)   On or about August 11, 2016, the defendants ANDRE MITCHELL BROWN and JAVIER RAYMOND JENKINS traveled to and surveilled the City National Bank located at 150 California Street in San Francisco, California.

(d)   On or about August 11, 2016, the defendants ANDRE MITCHELL BROWN and JAVIER RAYMOND JENKINS traveled to and surveilled the Technology Credit Union located at 1449 Mission Street in San Francisco, California.

(e)   On or about August 12, 2016, the defendants ANDRE MITCHELL BROWN and JAVIER RAYMOND JENKINS traveled to the San Francisco Federal Credit Union located at 4375 Geary Boulevard in San Francisco, California.

(f)   On or about August 12, 2016, the defendants ANDRE MITCHELL BROWN and JAVIER RAYMOND JENKINS traveled to the Sterling Bank and Trust located at 5498 Geary Boulevard in San Francisco, California. Defendant JAVIER RAYMOND JENKINS drove the car, and defendant ANDRE MITCHELL BROWN was the passenger.

(k)   On or about August 12, 2016, the defendant JAVIER RAYMOND JENKINS surveilled the Sterling Bank and Trust by walking up to Bank's front door, looking inside of the Bank, and then

walking away.

(l) On or about August 12, 2016, the defendant ANDRE MITCHELL BROWN armed himself with a firearm.

(m) On or about August 12, 2016, the defendant ANDRE MITCHELL BROWN approached the Sterling Bank and Trust while wearing a wig, fake beard and mustache, sunglasses, jacket, and a glove on his left hand. BROWN carried a firearm in his jacket pocket, and an empty bag.

All in violation of Title 18, United States Code, Sections 371 and 2113(a).

COUNT TWO: (18 U.S.C. §§ 2113(a) and (d), and 2 – Attempted Armed Bank Robbery, Aiding and Abetting)

On or about August 12, 2016, in the Northern District of California, the defendants,

ANDRE MITCHELL BROWN and
JAVIER RAYMOND JENKINS,

by force, violence, and intimidation did attempt to take from the person and presence of another money, property, and things of value belonging to and in the care, custody, control, management, and possession of the Sterling Bank and Trust located at 5498 Geary Boulevard in San Francisco, California, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did attempt to enter the Sterling Bank and Trust located at 5498 Geary Boulevard in San Francisco, California, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants attempted to assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, and did aid and abet each other in the same.

All in violation of Title 18, United States Code, Sections 2113(a) and (d), and 2.

COUNT THREE: (18 U.S.C. § 924(c)(1)(A) and (c)(1)(C) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence)

On or about August 12, 2016, in the Northern District of California, the defendant,

ANDRE MITCHELL BROWN,

did knowingly use and carry a firearm, that is, a .38 caliber pistol, Charter Arms brand, bearing serial number 37586, loaded with five .38 caliber rounds of SPL R-P ammunition, during and in relation to the attempted armed bank robbery crime of violence charged in Count Two of this Indictment, and did

knowingly possess said firearm in furtherance of the crime of violence charged in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 924(c)(1)(C).

COUNT FOUR: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about August 12, 2016, in the Northern District of California, the defendant,

ANDRE MITCHELL BROWN,

having been convicted previously of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms and ammunition, to wit, a .38 caliber pistol, Charter Arms brand, bearing serial number 37586, loaded with five .38 caliber rounds of SPL R-P ammunition, and a .38 caliber pistol, North American Arms brand, Guardian model, bearing serial number BC09378, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d); 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853; 28 U.S.C. § 2146(c))

1. The factual allegations contained in Counts One through Four of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d); 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853; 28 U.S.C. § 2146(c).

2. Upon a conviction of the offense alleged in Count One, the defendants,

ANDRE MITCHELL BROWN, and
JAVIER RAYMOND JENKINS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2146(c), all right, title, and interest in any property, real or personal, constituting and derived from any proceeds traceable to such offenses.

3. Upon conviction of any of the offenses alleged in Counts Two, Three, and Four above, the defendant,

ANDRE MITCHELL BROWN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm and ammunition involved in or used in any violation of said offenses, including but not limited to:

    a. one (1) .38 caliber pistol, Charter Arms brand, bearing serial number 37586;

b. one (1) .38 caliber pistol, North American Arms brand, Guardian model, bearing serial number BC09378;

c. five (5) .38 caliber rounds of SPL R-P brand ammunition;

d. two (2) .45 caliber rounds of Aguila brand Auto ammunition;

e. one (1) .45 caliber round of SIG brand Auto ammunition; and

f. one (1) 9mm caliber round of WIN brand Lugar ammunition.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2146(c).

//

//

//

//

//

//

//

//

//

//

//

All in violation of 18 U.S.C. § 924(d); 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2146(c), and pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 2/28/17

A TRUE BILL.

FOREPERSON

BRIAN J. STRETCH
United States Attorney

ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: _______________)
AUSA HELEN L. GILBERT